IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**JAMEAL MOSLEY**<br><br>　　　　　　Defendant. | CR NO: 2:24-mj-0102-JDP |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Jameal Mosley | |
| Detained at | Sacramento County Jail | |
| Detainee is: | a.) | ☒ charged in this district by:　☐ Indictment　☐ Information　☒ Complaint<br>　　charging detainee with:　18 U.S.C. § 922(g)(1) – Felon in possession of a Firearm |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ R. Cárdenas* |
| Printed Name & Phone No: | R. Alex Cárdenas  (916) 554-2758 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:　September 10, 2024

　　　　　　　　　　　　　　　　　　　　　　　Honorable Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male　☐ Female | |
| Booking or CDC #: | 24052839 | DOB: | 06/14/1993 |
| Facility Address: | 651 I St, Sacramento, CA 95814 | Race: | |
| Facility Phone: | (916) 874-6752 | FBI#: | 114109HD7 |
| Currently | Sacramento County Jail | | |

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　(signature)